# Amended Complaint

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Xavier Lovell Kevon Artis,
ASO# ASO10MNI006714
Inmate ID Number: DC# G90865,

(*Write your full name and inmate ID number.*)

v.

Sgt. J. Wallace C/O,

C/O A. Smith,

_____,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)

Case No.: 1:22-cv-00312-AW-ZCB
(*To be filled in by the Clerk's Office*)

**Jury Trial Requested?**
☐ YES ☑ NO

FILED USDC FLND PN
FEB 9 '23 PM 1:24

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

ASO#A6010MN1C06714

Plaintiff's Name: Xavier Lavell Kevon Artis  ID Number: DC#G90865

List all other names by which you have been known: _____

Current Institution: Alachua County Jail

Address: 3333 North East 39th Avenue
Gainesville FL, 32609

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: SGT. Wallace

   Official Position: Sargent (Correction Deputy of Jail)

   Employed at: The Alachua County Jail

   Mailing Address: 3333 North East 39th Avenue
   Gainesville FL, 32609

   ☑ Sued in Individual Capacity     ☐ Sued in Official Capacity

2. Defendant's Name: C/O A. Smith

   Official Position: Correctional officer

   Employed at: The Alachua County Jail

   Mailing Address: 3333 North East 39th Avenue Gainesville FL, 32609

   ☑ Sued in Individual Capacity ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)  ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee  ☐ Civilly Committed Detainee

☑ Convicted State Prisoner  ☐ Convicted Federal Prisoner

☐ Immigration Detainee  ☑ Other (*explain below*):

Also D.O.C. Transit inmate back for court

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

① On the date of May 15th 2022 around the time of 7:50pm - 8:15pm I was being housed in the Alachua County Jail back from prison for an additional charge. I was housed in the Delta Pod of the jail where (SGT. Wallace) was the supervisor. During inspection I noticed an officer targeted me out of 10 inmates and frisked me for no apparent reason. I asked the officer did I do anything wrong and was I the only one getting frisked. The officer never responded. After cell inspection was concluded as I was stepping back in my cell I asked the Dorm officer what was up with the officers targeting me because I never caused any major problems. While waiting for the doors to roll (SGT. Wallace) stepped to my door telling me to step out and cuff up I followed all orders.

② When I was cuffed up by SGT Wallace he then grabbed my left arm aggressively and started yanking, pulling, and pinching my arm while escorting me to another part of the jail (F Pod). On the way there I asked SGT. Wallace could he loosen his grip on my arm he responded with shut up and walk. Once we reached F Pod he told a female officer to open cell 3 once the door was opened the lady left and SGT Wallace shoved me in the cell and threw me on the concrete bunk once he did that officer A. Smith ran in the cell to help SGT. Wallace assault me I asked what were they doing they said get up and snatched me off of the concrete bunk and started to walk me out the door once we're almost out the door SGT. Wallace puts his leg in front of me and slams me directly on the ground on my right side and knocks

Out one Tooth and Breaks another and also Busses my lip in the process. Officer A. Smith was holding my left arm and SGT. Wallace was holding my Right arm at the Time of the Slam.

3) All of This occurred while I was still handcuffed Behind my Back. When I was still on the Ground I asked Them why Did They assault and batter me the way They did Then SGT. Wallace said At least I got all my Teeth. All of This happened on Camera I would like to call The camera as a witness. After the incident I was Taken To Medical where I was Refused medical Treatment. After I left medical They walked me To E-4 housing unit which is where inmates where Turtle Suits at The Time. I was Dressed in The County issued Green and white uniform so These officers Took me in Cell 2# There is also a Camera in This Cell I want To call as a witness. Once in cell #2 officers A. Smith and SGT. Wallace and a couple more officers Threw me on The Ground and aggressively snatched my clothes off Til I was Naked Officers and SGT. Wallace was pinching my Buttocks and using profane language against me. This is Sexual Assault.

4) SGT. Wallace and Officer A. Smith Both Violated Amendment 8 Cruel and unusual punishment By Physically assaulting me causing Damages To my Teeth and lip and for also allowing Themselves To Sexually Batter me which is in violation of The County Jail's Rules and Regulation which I also have Grievances where I Grieved The Situation Attached as evidence (Exhibits).

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

① My 8th Amendment was violated By Both parties SGT. Wallace and A. Smith for using excessive force and Knocking a Tooth out and Breaking another Thats Cruel and unusual Punishment, And ② Punitive Damages By Physically Assaulting and Sexually Battering Me

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

For Punitive Damages Im Seeking 100K Because I am Now Suffering from Post Traumatic Stress Disorder and also I have To wake up every morning and look at my missing Tooth and Broken, and have Nightmares about This incident.    (Tooth)

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES  ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #:_____

   Court:_____

   Reason:_____

2. Date:_____ Case #:_____

   Court:_____

   Reason:_____

3. Date:_____ Case #:_____

   Court:_____

   Reason:_____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☑NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☐ YES ☑NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

   (***Attach additional pages as necessary to list all cases.***)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 2-3-2023 Plaintiff's Signature: _L. artis_

Printed Name of Plaintiff: Xavier Lavell Kevon Artis

Correctional Institution: The Alacua County Jail

Address: 3333 North East 39th Avenue
Gainesville FL, 32609

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 3rd day of Feb, 2023.**

Signature of Incarcerated Plaintiff: _L. artis_

Exhibit A

**RECEIVED MAY 31 2022 BY:** ...........

**ALACHUA COUNTY SHERIFF'S OFFICE**
**Department of the Jail**

*The Assault*

## INMATE GRIEVANCE FORM

Grievance Number: 22-046  Response Deadline: 6/20/22

Sent to (Unit/Person) for response: Lt. Calhoun  On (date): 5/31/22

Inmate Name (Print): Xavier Lovell Artis   MNI #: [illegible]   Pod: 2-H

Received from Inmate By: _____   ID #: 2163   Date: 5/31/22

Staff Signature Indicates proper grievance/request procedures have been followed.

Only one grievance issue per form will be processed. Make sure you have tried to resolve your complaint through the appropriate staff person via an inmate request form prior to submitting a grievance. If your complaint is not an acceptable grievance, you do not follow the procedures outlined in the inmate handbook, or do not complete the entire form, it will be returned to you.

Grievance Statement: On The Date and Time of May 15th 2022 Sunday around the Time of 7:50pm To 8:13pm. I was being housed in the Quarantine Dorm Delta. It was inspection time officers Carr, Abraham, Diaz and Sgt. Wallace entered with a few other officers. I jumped off of my bunk and made sure everything was in order. When I came out of my cell officer Carr started cracking jokes with me at that time I told him I wasn't in the mood for any jokes. Then out of nowhere officer Diaz rushed up on me and told me to get on the wall for a pat down I complied. Then I asked him why I got patted down out of all people I got no response. Then I sat at the table until they were finished searching cells. When cell search concluded I walked over to my cell and said to Abraham "You know I don't give you any problems Abraham" at that time Sgt. Wallace approached me saying he didn't like my attitude. Continue on Next page→

What other steps have you taken to resolve this problem? Informal Grievance, I also tried to consult with LT's and Captains. There I was told this isn't D.O.C. it don't work like that here.

Remedy Sought: Sgt. Wallace needs to be handled accordingly for his actions and I would like to file charges against him immediately

Inmate Signature: L. Artis   Date: May 31st 2022 9:40pm

Do not write below this line

Response: Remedy sought denied

Respondent: Capt. James Beck   (Signature) [illeg]   (ID#) 807   (Date) 6-6-2022

CL-15 (revised 03/04)

White: Classification Unit   Yellow: Classification Unit   Pink: Inmate Receipt

Then Sgt. Wallace Told me To step out my Room and cuff up I complied with all lawful orders. Officer Abraham said to Sgt. Wallace "I'll Talk To him". Sgt. Wallace said "No I got Something for him". Then Sgt. Wallace Proceeded by Snatching, Yanking, and Pinching my Right arm while escorting me To W-Pod out of Delta-I The Quarantine Dorm. On The way To W-Pod I asked why was he Snatching, Yanking, and Pinching my arm like That he responded with "Shut up and be Quiet". When we got To W-Pod he asked This African-American Female To unlock cell 2 when she did he Threw me on The concrete slab inside The cell. I Told him I wasn't resisting Then another officer ran in and Jumped on my Back. Then Sgt. Wallace Snatched me up Saying "get up". When I did we got Just outside The door on camera Sgt Wallace and The other officer Body Slammed me on my face and Bussed my lip Til it was Bloody and Broke my 2 Front Teeth. Afterwards while I lay on The ground I Spit Blood from my mouth and The 2 Broken chunks of my 2 Front Teeth on The ground in front of me. Then I Told Sgt. Wallace he was a real coward for Assualting me in hand Restraints he responded with, "at least I got all my Teeth". Then They picked me up and hualed me To medical where I was refused medical Treatment for using Profanity Towards The officer holding me in place in The chair I was Sitting in.

★ They Violated My Constitutional Rights Amendment 8 cruel and unusual punishment Towards a U.S Citizen, By Assualting a Defenseless individual in hand Restraints,

I Never Resisted Sgt. Wallace There was No Need For him to act The way he did Towards me I Thought I was Doing The Right Thing By complying with all lawful oders given By The officers in Charge.

Exihibit C

**Sexual Assault**



## ALACHUA COUNTY SHERIFF'S OFFICE
Department of the Jail
Inmate Request Form

| Request Number: | Response Deadline: |
|---|---|
| Sent to (Unit/Person) for response: | On (date): |

Do Not Write in the Space Above - For Classification Use Only

Xavier Lavell Artis
(Inmate Name)

ASO10MNI006714
(MNI Number)

May 24th 2022
(Date)

2-H
(Pod)

#2163
(Received from inmate by Staff Signature/ID#)

5/25/22
(Date Rec'd/Time Rec'd)

**Request/Complaint:** (do not write on the back of this sheet, attach additional sheets if necessary)

On the Date of May 15th around 8pm to 8:12pm I was Sexually Battered by Sgt. Wallace and 3 more of his peers. First they took me to E-4 Cell 2, threw me on the ground in handcuffs. Then Sgt. Wallace was on my back then started snatching my pants and boxers off and grabbing my buttocks calling me Darogatory foul Names such as "pussy", "Bitch" and ETC. No objections were raised. In the handbook it states ASO will Not Tolerate Sexual Abuse/Battery. The intentional touchings of an inmates genitalia, anus, groin, breast, inner thigh or buttocks with the intent to abuse, humiliate, harass, degrade arouse or gratify the sexual desire of any person. Sexual acts or contacts between an inmate and a staff member even when No objections are raised are always illegal.

If an emergency phone call-please provide name and number: _____

**Staff Response/Action Taken:**

_____

(Respondent's Signature/ID#)     (Date)

White: Classification Unit    Yellow: Classification Unit    Pink: Inmate Receipt

DOJ 20-58 (rev 03/2004)

Javier Lovell Artis
[3]33 NE. 39th Ave.
Gainsville, FL 32609

LEGAL MAIL

FEB 0 9 2023

US District Court
1st North Palafox Street
Pensacola, FL 32502

32502246140 0003

USA FOREVER