IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

XAVIER LAVELL KEVON ARTIS,

    Plaintiff,

v.                                     Case No. 1:22-cv-312-AW-ZCB

SERGEANT J. WALLACE, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders, and the magistrate judge's report and recommendation (ECF No. 38) recommends dismissal on that basis. No party has objected to the report and recommendation. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation (ECF No. 38) and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for Plaintiff's failure to comply with a court order and his failure to keep the court apprised of his current address." The clerk will then close the file.

SO ORDERED on September 3, 2024.

                                        s/ *Allen Winsor*
                                        United States District Judge